IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:8Cr20 & 3:88Cr21

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JUSTO JAY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Motion of the United States requesting that the defendant's sentence be reduced to Time Served, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. The defendant on September 6, 1988, originally was sentenced to a term of 115 years imprisonment.

The Court finds, for the reasons set forth in the government's motion, that the defendant provided substantial assistance through debriefings and trial testimony. More importantly, the individual against whom the defendant cooperated was one of the highest priority targets of the United States Department of Justice's efforts in combating international drug trafficking.

IT IS THEREFORE ORDERED that the defendant's sentence be reduced to Time Served and that all other terms and conditions previously imposed remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 8, 2007

Frank D. Whitney
United States District Judge